503 S.E.2d 256

**RUSTY'S WELDING SERVICE, INC. and Harleysville Mutual Insurance Company, Appellants,**

v.

**Edward Wayne GIBSON, Appellee.**

**Record No. 2552–97–2.**

Court of Appeals of Virginia.

Aug. 18, 1998.

Present: FITZPATRICK, C.J., BENTON, COLEMAN, WILLIS, ELDER, BRAY, ANNUNZIATA, OVERTON and BUMGARDNER, JJ., and BAKER, Senior Judge.*

---

* Judge Baker participated in the decision of this petition for rehearing en banc prior to the effective date of his retirement on July 31, 1998 and thereafter by his designation as senior judge pursuant to Code § 17–116.01.

## UPON A PETITION FOR REHEARING EN BANC

On July 21, 1998 came the appellee, by counsel, and filed a petition praying that the Court set aside the judgment rendered herein on July 7, 1998, and grant a rehearing en banc thereof.

On consideration whereof, the petition for rehearing en banc is granted, the mandate entered herein on July 7, 1998 is stayed pending the decision of the Court en banc, and the appeal is reinstated on the docket of this Court.

The parties shall file briefs in compliance with Rule 5A:35. It is further ordered that the appellee shall file with the clerk of this Court ten additional copies of the appendix previously filed in this case.